IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE SEBER DALOIAN,<br><br>        Plaintiff,<br><br>  vs.<br><br>ANNE VENEMAN,<br>Secretary, U.S. Dept. of Agriculture,<br><br>        Defendant.<br>_____/ | CASE NO. CV-F-04-5436 LJO<br><br>**ORDER VACATING THE HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** |

      Pursuant to a notice filed on July 18, 2005, Defendant Anne Veneman, Secretary United States Department of Agriculture, moves to dismiss plaintiff's claims and moves for summary judgment. The Court finds the motion appropriate for disposition without oral argument. Pursuant to Local Rule 78-230(h), this matter is submitted on the pleadings without oral argument. Therefore, the hearing set for September 16, 2005 is VACATED. The Court will rule on the motion at a later date.

IT IS SO ORDERED.

**Dated:  September 8, 2005**          /s/ Lawrence J. O'Neill
b9ed48                                                      UNITED STATES MAGISTRATE JUDGE

1